BRAD D. KRASNOFF, TRUSTEE
2029 Century Park East, Ste. 1100
Los Angeles, CA  90067-4402
Telephone:  (310) 201-2417
Facsmile:  (310) 277-5735
BDKTrustee@dgdk.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Lesprit, Inc. | § | Case No. 2:15-bk-26377-BR |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRAD D. KRASNOFF (TR), TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 5,002.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  2,242.28 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  5,510.62 | |

3) Total gross receipts of $ 7,752.90  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,752.90  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,510.62 | 5,510.62 | 5,510.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 88,720.59 | 1,561.41 | 1,561.41 | 1,561.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 118,469.11 | 71,509.93 | 71,509.93 | 680.87 |
| **TOTAL DISBURSEMENTS** | $ 207,189.70 | $ 78,581.96 | $ 78,581.96 | $ 7,752.90 |

    4) This case was originally filed under chapter 7 on 10/26/2015. The case was pending for 29 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __03/23/2018__    By: /s/BRAD D. KRASNOFF (TR), TRUSTEE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| City National Bank Business Checking Account No. 9493 | 1129-000 | 7,482.41 |
| Marine Agency Insurance Professional Liability Insurance Pol | 1129-000 | 26.00 |
| PAYCHEX, INC. | 1290-000 | 238.68 |
| TYCO INTGRATED SECURITY | 1290-000 | 5.81 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,752.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRAD D. KRASNOFF | 2100-000 | NA | 1,525.29 | 1,525.29 | 1,525.29 |
| BRAD D. KRASNOFF | 2200-000 | NA | 514.43 | 514.43 | 514.43 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,670.90 | 1,670.90 | 1,670.90 |
| MENCHACA & COMPANY LLP | 3410-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,510.62 | $ 5,510.62 | $ 5,510.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Board of Equalization PO Box 942879 Sacramento, CA 94279-0001 |  | 0.00 | NA | NA | 0.00 |
|  | Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 |  | 0.00 | NA | NA | 0.00 |
|  | Los Angeles Co Treasurer Tax Coll 225 N Hill Street First Floor Los Angeles, CA 90012-3232 |  | 0.00 | NA | NA | 0.00 |
|  | Los Angeles County Assessors Office 13800 Balboa Blvd Sylmar, CA 91342-1034 |  | 0.00 | NA | NA | 0.00 |
|  | State Board of Equalization 15350 Sherman Way Ste 250 Van Nuys, CA 91406 |  | 0.00 | NA | NA | 0.00 |
|  | Unknown holders of unredeemed gift cards and gift certificates |  | 88,720.59 | NA | NA | 0.00 |
| 6 | FRANCHISE TAX BOARD | 5800-000 | NA | 800.00 | 800.00 | 800.00 |
| 3 | Internal Revenue Service | 5800-000 | 0.00 | 761.41 | 761.41 | 761.41 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 88,720.59 | $ 1,561.41 | $ 1,561.41 | $ 1,561.41 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Customer Service PO Box 981535 El Paso, TX 79998-1535 | | 0.00 | NA | NA | 0.00 |
| | American Express PO Box 297879 Fort Lauderdale, FL 33329-7879 | | 0.00 | NA | NA | 0.00 |
| | Arrowhead Direct 6661 Dixie Hwy Suite 4 Louisville, KY 40258 | | 52.31 | NA | NA | 0.00 |
| | AT&T Business Services 14575 Presidio Square Room CR Houston, TX 77083 | | 0.00 | NA | NA | 0.00 |
| | AT&T PO Box 5025 Carol Stream, IL 60197-5025 | | 5,800.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15796 Wilmington, DE 19886-5796 | | 15,888.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982238 El Paso, TX 79998-2238 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 6026 Mail code IL1-0054 Chicago, IL 60680-6026 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 78039 Phoenix, AZ 85062-8039 | | 14,998.40 | NA | NA | 0.00 |
| | Demandforce Inc 22 4th Street, 12th Floor San Francisco, CA 94103 | | 1,060.97 | NA | NA | 0.00 |
| | Earthlink 1179 Peachtree Street ne Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Earthlink PO Box 730216 Saint Louis, MO 63179-0216 | | 45.90 | NA | NA | 0.00 |
| | Extra Storage Valencia 26200 Hollywood Court Valencia, CA 91355 | | 0.00 | NA | NA | 0.00 |
| | Gerry C Schmelter Blackmar Principe & Schmelter APC 600 B Street Ste 2250 San Diego, CA 92101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Muzak LLC 1703 W 5th Street Ste 600 Austin, TX 78703 | | 400.00 | NA | NA | 0.00 |
| | Muzak LLC PO Box 71070 Charlotte, NC 28272-1070 | | 0.00 | NA | NA | 0.00 |
| | PK I Granary Square LP 3333 New Hyde Park Road #100 New Hyde Park, NY 11042-1204 | | 0.00 | NA | NA | 0.00 |
| | Pk I Granary Square LP PO Box 82565 Dept Code SCAV1416 Goleta, CA 93118-2565 | | 1,887.80 | NA | NA | 0.00 |
| | Pk I Granary Square LP PO Box 82565 Dept Code SCAV1416 Goleta, CA 93118-2565 | | 0.00 | NA | NA | 0.00 |
| | ReadyRefresh by Nestle 216 661 Dixie Highway Ste 4 Louisville, KY 40258 | | 0.00 | NA | NA | 0.00 |
| | ReadyRefresh by Nestle PO Box 856158 Louisville, KY 40285-6158 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southern California Edison PO Box 300 Rosemead, CA 91771-0001 | | 1,055.27 | NA | NA | 0.00 |
| | Southern California Gas Company PO Box C Monterey Park, CA 91756 | | 54.12 | NA | NA | 0.00 |
| | Tyco Integrated Security 14200 E Exposition Aurora, CO 80012 | | 0.00 | NA | NA | 0.00 |
| | Tyco Integrated Security LLC 10405 Crosspoint Bl Indianapolis, IN 46256 | | 0.00 | NA | NA | 0.00 |
| | Tyco Integrated Security LLC PO Box 371967 Pittsburgh, PA 15250-7967 | | 0.00 | NA | NA | 0.00 |
| | Valencia Water Company 24631 Avenue Rockefeller Valencia, CA 91355 | | 132.30 | NA | NA | 0.00 |
| | Valencia Water Company PO Box 515106 Los Angeles, CA 90051-5106 | | 0.00 | NA | NA | 0.00 |
| 5 | American Express Bank, Fsb | 7100-000 | 1,442.09 | 1,442.09 | 1,442.09 | 13.74 |
| 2 | Pk Granary Square Lp | 7100-000 | 75,576.40 | 68,495.60 | 68,495.60 | 652.60 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | So Calif Edison Company | 7100-000 | 0.00 | 1,000.22 | 1,000.22 | 9.53 |
| 1 | West Notifications Inc Dba Televox | 7100-001 | 75.00 | 525.00 | 525.00 | 5.00 |
| 6A | FRANCHISE TAX BOARD | 7300-000 | NA | 22.02 | 22.02 | 0.00 |
| 3A | Internal Revenue Service | 7300-000 | NA | 25.00 | 25.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 118,469.11 | $ 71,509.93 | $ 71,509.93 | $ 680.87 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-26377 | BR | Judge: | Barry Russell | Trustee Name: | BRAD D. KRASNOFF (TR), TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Lesprit, Inc. | | | | Date Filed (f) or Converted (c): | 10/26/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2015 |
| For Period Ending: | 03/23/2018 | | | | Claims Bar Date: | 03/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. City National Bank Business Checking Account No. 9493 | 7,754.42 | 7,482.41 | | 7,482.41 | FA |
| City National Bank business checking account no. 9493 | | | | | |
| 2. Marine Agency Insurance Professional Liability Insurance Pol | 0.00 | 26.00 | | 26.00 | FA |
| Marine Agency Insurance professional liability insurance policy no. 8203 (no cash value) | | | | | |
| 3. Possible Refund On Insurance Payment (Approximate) | 300.00 | 0.00 | | 0.00 | FA |
| 4. Los Angeles County Business License No. 1808 (Expired 8/21/1 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Office Equipment, Furnishings And Supplies (Including 5 Old | 685.00 | 0.00 | | 0.00 | FA |
| 6. Hair And Skin Care Products (At Debtor's Principals' Residen | 4,017.00 | 0.00 | | 0.00 | FA |
| 7. TYCO INTGRATED SECURITY (u) | 0.00 | 5.81 | | 5.81 | FA |
| REFUND, NOT SCHEDULED. | | | | | |
| 8. PAYCHEX, INC. (u) | 0.00 | 239.68 | | 238.68 | FA |
| TRUSTEE INVESTIGATING | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $12,756.42 | $7,753.90 | | $7,752.90 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

QUARTERLY STATUS REPORT FOR PERIOD ENDING 9/30/17
The trustee's accountants have resolved the various estate tax issues. In September 2017, the trustee resubmitted to the FTB the estate's 2016 return. Claims review completed.

*****************************************

QUARTERLY STATUS REPORT FOR PERIOD ENDING 6/30/17
The trustee's accountant is endeavoring to resolve tax penalty abatement issues.  The effort is ongoing.

*************************************************

ANNUAL STATUS REPORT FROM 4/1/16 TO 3/31/17
During this reporting period, all assets have been fully administered.  Trustee has requested the estate's final tax returns and all claims work has been completed.  Trustee anticipates the final tax returns to be completed within the next month.  Based upon the provided about the projected estimated date for submission of the final report has been changed from 1/31/17 to 6/30/17.

****************************************************

ANNUAL STATUS REPORT FROM 4/1/15 TO 3/31/16
During this reporting period the debtor turned over certain funds held in a bank account to the trustee.  The trustee received two potential account receivables(asset #8). Accountants have been employed.



Initial Projected Date of Final Report (TFR): 01/31/2017           Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-26377 | Trustee Name: BRAD D. KRASNOFF (TR), TRUSTEE |
| Case Name: Lesprit, Inc. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8841 |
| | Checking |
| Taxpayer ID No: XX-XXX8243 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/23/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/15 | 1 | L'ESPRIT, INC.<br>25832 1/2 NORTH MACBEAN PARKWAY<br>VALENCIA, CA 91355 | TURN OVER OF FUNDS | 1129-000 | $7,482.41 | | $7,482.41 |
| 12/02/15 | 2 | MARINE AGENCY CORPORATION TRUST ACCOUNT<br>191 MAPLEWOOD AVENUE<br>MAPPLEWOOD, NJ 07040 | REFUND | 1129-000 | $26.00 | | $7,508.41 |
| 12/28/15 | 7 | TYCO INTEGRATED SECURITY<br>10405 CROSSPOINT BLVD<br>INDIANAPOLIS, IN 46256 | REFUND | 1290-000 | $5.81 | | $7,514.22 |
| 02/12/16 | 8 | PAYCHEX, INC./TAXPAY<br>911 PANORAMA TRAIL SOUTH<br>ROCHESTER, NY 14625-0397 | ACCOUNT RECEIVABLES | 1290-000 | $238.68 | | $7,752.90 |
| 06/01/16 | 100001 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0531 | 2016 CALIFORNIA CORPORATE TAXES CORPORATION NO. 30-8638143 - 2016 FORM 100-ES | 2820-000 | | $800.00 | $6,952.90 |
| 08/23/17 | | UNION BANK<br>FOR FRANCHISE TAX BOARD ELECTRONIC CREDIT | REIMBURSEMENT TO ESTATE FOR 2016 TAX PAYMENT TO FTB THAT IT DID NOT CASH (FORGED OR MISSING ENDORSEMENT) | 2820-000 | $800.00 | | $7,752.90 |
| 08/23/17 | 100002 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0531 | 2016 CALIFORNIA CORPORATE TAXES CORPORATION NO. 30-8638143 - 2016 FORM 100-ES | 5800-000 | | $800.00 | $6,952.90 |
| 08/25/17 | 100002 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0531 | 2016 CALIFORNIA CORPORATE TAXES Reversal<br><br>CORPORATION NO. 30-8638143 - 2016 FORM 100-ES | 5800-000 | | ($800.00) | $7,752.90 |
| 02/28/18 | 100003 | BRAD D. KRASNOFF<br>1900 AVENUE OF THE STARS<br>11th FLOOR<br>LOS ANGELES, CA 90067-4402 | TRUSTEE'S FEES PER ORDER ENTERED 2/23/18 | 2100-000 | | $1,525.29 | $6,227.61 |

Page Subtotals: $8,552.90    $2,325.29

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-26377 | Trustee Name: | BRAD D. KRASNOFF (TR), TRUSTEE |
| Case Name: | Lesprit, Inc. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX8841 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8243 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/23/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 02/28/18 | 100004 | BRAD D. KRASNOFF<br>1900 AVENUE OF THE STARS<br>11th FLOOR<br>LOS ANGELES, CA  90067-4402 | TRUSTEE'S EXPENSES PER ORDER ENTERED 2/23/18 | 2200-000 | | $514.43 | $5,713.18 |
| 02/28/18 | 100005 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA  95812-2952 | First and final distribution to claim 7 representing a payment of 100.00 % per court order. | 2820-000 | | $1,670.90 | $4,042.28 |
| 02/28/18 | 100006 | MENCHACA & COMPANY LLP<br>835 WILSHIRE BLVD., SUITE 300<br>LOS ANGELES, CA  90017 | ACCOUNTANT FOR TRUSTEE'S FEES PER ORDER ENTERED 2/23/18 | 3410-000 | | $1,800.00 | $2,242.28 |
| 02/28/18 | 100007 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | First and final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $761.41 | $1,480.87 |
| 02/28/18 | 100008 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA  95812-2952 | First and final distribution to claim 6 representing a payment of 100.00 % per court order. | 5800-000 | | $800.00 | $680.87 |
| 02/28/18 | 100009 | Clerk, U.S. Bankruptcy Court | Remit to Court<br>CLAIM #1 - WEST NOTIFICATIONS, INC. DBA TELEVOX | 7100-001 | | $5.00 | $675.87 |
| 02/28/18 | 100010 | Pk Granary Square Lp<br>C/O George B. Blackmar, Esq.<br>Blackmar, Principe & Schmelter, Apc<br>600 B Street, Suite 2250<br>San Diego, Ca 92101 | First and final distribution to claim 2 representing a payment of 0.95 % per court order. | 7100-000 | | $652.60 | $23.27 |
| 02/28/18 | 100011 | So Calif Edison Company<br>Attn: Credit And Payment Svs<br>1551 W. San Bernardino Rd<br>Covina Ca 91722 | First and final distribution to claim 4 representing a payment of 0.95 % per court order. | 7100-000 | | $9.53 | $13.74 |
| 02/28/18 | 100012 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | First and final distribution to claim 5 representing a payment of 0.95 % per court order. | 7100-000 | | $13.74 | $0.00 |
| | | | COLUMN TOTALS | | $7,752.90 | $7,752.90 | |
| | | | Page Subtotals: | | $0.00 | $6,227.61 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,752.90 | $7,752.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,752.90 | $7,752.90 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8841 - Checking | $7,752.90 | $7,752.90 | $0.00 |
|  | $7,752.90 | $7,752.90 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,752.90 |
| Total Gross Receipts: | $7,752.90 |